**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jose H. Vazquez,                                            **Civil File No. 10-cv-3176 DSD/JSM**

    Plaintiff,

vs.                                                                                            **ORDER**

Diversified Adjustment Service, Inc.,

    Defendant.

Based on stipulation of the parties [ECF No. 2], this action is dismissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

Dated:  October 1, 2010                         s/David S. Doty
                                                                David S. Doty, Judge
                                                                United States District Court